UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DYQUES ANTOIONE WILSON, #201641                                    PETITIONER

V.                                              CAUSE NO. 3:23-CV-145-KHJ-MTP

JOHN DOE                                                            RESPONDENT

FINAL JUDGMENT

Consistent with its order entered today and Federal Rule of Civil Procedure 58, the Court enters this Final Judgment and dismisses Wilson's [1] Petition for Writ of Habeas Corpus without prejudice.

SO ORDERED, this the 12th day of June, 2023.

s/ *Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE